Barbara P. Foley
Chapter 13 Trustee
415 W Michigan Ave
Kalamazoo, MI  49007
Telephone: (269)343-0305

Jun 14, 2010

TO:    BARBARA J JACKSON                          CASE NO: DK-06-06759
        1720 HIGHLAND                                Chapter 13
        KALAMAZOO, MI  49048

Our preliminary review of the file in this case indicates that you have successfully completed your Chapter 13 Plan.  Therefore, you may use this letter as your authority to immediately cease the payments you have been making to this office.

You are cautioned, however, that the Trustee's file and the Court's file in your case still have to be audited to make sure all of the terms of the Plan have been complied with and that all properly filed claims have been paid as proposed by the Plan.  If such an audit reveals that an error has been made, you may be once again asked to commence payments.  If you are, you will be given the reason why, as will your attorney.  This audit could take up to sixty days to complete.  Therefore, if you move, you should keep the Court, the Trustee and your attorney apprised of your current address for the next six months.

While we find errors either in the Trustee file or in the Court file to be the exception rather than the rule, an error certainly can occur.  Occasionally we find that a claim has been filed with the Court and the Trustee has not received a copy.  This claim would have to be paid.  Also, the Trustee may have received a claim which was not properly entered into the computer for payment, or the audit reveals that a term of a stipulation entered into between yourself and a creditor has not been properly complied with.

I want to take this opportunity to congratulate you, at least from a preliminary standpoint subject to audit, on the apparent completion of your plan.

Very truly yours,

BARBARA P. FOLEY
CHAPTER 13 TRUSTEE

cc:  Attorney for Debtor
      HETTINGER & HETTINGER PC
      200 ADMIRAL AVE
      PORTAGE,  MI  49002-3503
   U.S. Bankruptcy Court
   Trustee